

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00684-CV

Pamela A. **POPEJOY,**
Appellant

v.

Huebner Creek **VILLAS,** II,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV00533
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file appellant's brief is GRANTED. We ORDER appellant to file her brief on or before December 27, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court